# GIBSON DUNN

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
March 15, 2024

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
Tel 202.955.8500
gibsondunn.com

Thomas H. Dupree Jr.
Direct: +1 202.955.8547
Fax: +1 202.530.9670
TDupree@gibsondunn.com

March 11, 2024

VIA ECF
The Honorable Ronnie Abrams
United States District Court for the Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:   *Association of American Railroads v. Seggos*, Case No. 24-cv-00135-RA

Dear Judge Abrams:

On behalf of all parties in this action, I write to respectfully request a fourteen-day extension of Plaintiffs' deadline to respond to Defendants' Motion to Dismiss (Dkt. 26), to April 3, 2024, and a seven-day extension of Defendants' deadline to reply in support of their Motion to Dismiss, to April 17, 2024.  This is the first such request to the extend the deadline.

Defendants filed their Motion to Dismiss on March 6, 2024, meaning Plaintiffs' response is presently due on March 20, 2024, and Defendants' reply is presently due on March 27, 2024.  Plaintiffs hereby confirm, pursuant to Rule 4(C) of Your Honor's Individual Rules & Practices for Civil Cases, that they intend to respond to Defendants' Motion to Dismiss rather than file an amended complaint.

Given other pressing matters requiring the attention of counsel, this extension of the briefing schedule will provide the parties with adequate time for their respective filings.  All Plaintiffs and Defendants in this action consent to the extensions sought in this letter-motion.

Accordingly, the parties respectfully request that the Court grant this letter-motion and extend the deadline for Plaintiffs' response to Defendants' Motion to Dismiss to April 3, 2024, and the deadline for Defendants' reply in support of their Motion to Dismiss to April 17, 2024.

Sincerely,

*/s/ Thomas H. Dupree Jr.*
Thomas H. Dupree Jr.

*Attorney for Plaintiffs AAR and ASLRRA*

cc:   All counsel of record (via ECF)