November 24, 2025

VIA ECF
The Honorable Valerie Figueredo
United States District Court for the Southern District of New York
500 Pearl Street, Room 1660
New York, NY 10007

Re:     *Association of American Railroads v. Lefton*, Case No. 24-cv-00135-RA

Dear Judge Figueredo:

Following the Court's order of November 3, 2025 (Dkt. 69), directing Plaintiff Association of American Railroads ("AAR") to respond to Defendants' Requests for Production Nos. 8 and 10, counsel for AAR have been diligently working with the relevant railroads to comply with the order. The Court had previously extended the fact discovery deadline in this case to November 28, 2025, after Defendants' letter-motion but before ruling on the motion. *See* Dkt. 63. Given the nature of Requests Nos. 8 and 10, all parties recognize that a further extension of the fact discovery deadline is necessary to provide AAR with adequate time to respond, but are not yet able to provide a precise timeline as to when AAR will be able to fully respond. The parties therefore propose that the current fact discovery deadline be suspended, and that the parties report to the Court within thirty days to provide a status update and proposed schedule.

All parties to this litigation consent to this request. The original deadline for fact discovery was October 6, 2025, which the Court extended to November 28, 2025. Defendants previously requested an appropriate extension of the fact discovery deadline and other deadlines in their discovery letter-motion. *See* Dkt. 62 at 3.

Accordingly, the parties respectfully request that the Court suspend the current fact discovery deadline of November 28, 2025, and direct the parties to report to the Court within 30 days of the Court's order to provide a status update and proposed schedule.

Respectfully submitted,

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 26, 2025**

The parties' request is GRANTED and the current fact discovery deadline is suspended. The parties are directed to file a joint status update, or proposed schedule, by **January 5, 2026**. The Clerk of the Court is respectfully directed to close the motion at ECF No. 70.

November 24, 2025
Page 2

/s/ *Alexander T. Boudreau*
Thomas H. Dupree Jr. (*pro hac vice*)
Michael K. Murphy (*pro hac vice*)
Alexander T. Boudreau (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036-4504
Telephone:  202-955-8500
Facsimile:  202-467-0539
TDupree@gibsondunn.com
MMurphy@gibsondunn.com
ABoudreau@gibsondunn.com

*Attorneys for Plaintiffs AAR and ASLRRA*

/s/ *Megan R. Brillault*
Megan R. Brillault (MB5562)
Michael G. Murphy (MM5472)
BEVERIDGE & DIAMOND, P.C.
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone:  212-702-5400
Facsimile:  212-702-5454
mbrillault@bdlaw.com
mmurphy@bdlaw.com

James B. Slaughter (*pro hac vice*)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC 20036
Telephone:  202-789-6000
Facsimile:  202-789-6190
jslaughter@bdlaw.com

*Attorneys for Plaintiff NWRA*

/s/ *Max Shterngel*
Max Shterngel (MS3044)
Assistant Attorney General
OFFICE OF THE NEW YORK
STATE ATTORNEY GENERAL
28 Liberty St., 19th Floor
New York, New York 10005
Telephone: 212-416-6692
max.shterngel@ag.ny.gov

*Attorneys for Defendants*

*Electronic signatures used with consent of all parties pursuant to SDNY EDF Rule 8.5(b).*

cc:      All counsel of record (via ECF)