**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ASSOCIATION OF AMERICAN RAILROADS et al.,

Plaintiffs,

**24-CV-135 (RA) (VF)**

-against-

**ORDER**

AMANDA LEFTON et al.,

Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to file a joint letter on the status of the case by **August 14, 2026.**

**SO ORDERED.**

DATED: New York, New York
July 29, 2026

VALERIE FIGUEREDO
United States Magistrate Judge